# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2006

Clifford W. Taylor,
Chief Justice

129149 & (43)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FLUOR ENTERPRISES, INC.,
      Plaintiff-Appellee,
      Cross-Appellant,

v

                            SC: 129149
                            COA: 251005

DEPARTMENT OF TREASURY,
      Defendant-Appellant,
      Cross-Appellee.

Ct of Claims: 02-000027-MT

_____/

      On order of the Court, the application for leave to appeal the April 14, 2005 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2006

_____

t0322

Clerk